# IN THE SUPREME COURT OF THE STATE OF NEVADA

KRISTOPHER ORTIZ,
              Appellant,
        vs.
THE STATE OF NEVADA,
              Respondent.

No. 71019

**FILED**

OCT 27 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to correct presentence investigation report. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:   Hon. Richard Scotti, District Judge
       Kristopher Ortiz
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

16-33762